ACCEPTED
06-14-00228-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/26/2015 1:02:20 PM
DEBBIE AUTREY
CLERK

NO. 06-14-00228-CR

| | | |
|---|---|---|
| DAVID GARCIA REYES | § | IN THE COURT OF APPEALS |
| VS. | § | FOR THE SIXTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT DALLAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/26/2015 1:02:20 PM
DEBBIE AUTREY
Clerk

ON APPEAL FROM THE
CRIMINAL DISTRICT COURT NO. 3
OF DALLAS COUNTY, TEXAS
IN CAUSE NO. F13-61746-J

## APPELLANT'S MOTION TO EXTEND THE TIME FOR FILING THE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW the Appellant, David Garcia Reyes, and respectfully requests that the time for the filing of the Appellant's brief in the above-styled and numbered causes be extended. In support of this motion the Appellant would show the Court the following:

I.

Appellant was convicted of continuous sexual assault of a child and was sentenced to 15 years' imprisonment.

II.

The deadline for the filing of the Appellant's brief is March 19, 2015. Appellant respectfully requests an extension until June 17, 2015.

III.

No previous extension of time has been requested.

IV.

The facts on which the Appellant relies to reasonably explain the need for this extension are as follows:

The undersigned attorney is currently working on the brief in *Mikroberts*, No. 05-14-00994-CR. Once the brief in *Mikroberts* has been filed, and before work can begin on the instant case, the undersigned attorney must prepare the briefs in; *Rico*, No. 05-14-00251-CR; *Jackson*, No. 05-14-00297-CR; *Hunter*, No. 05-14-01146-CR; and *Dickson*, No. 05-14-01496-CR, all of which are currently on more than one extension.

The undersigned attorney is requesting an extension of 90 days due to the fact that the records in each of the foregoing cases is rather lengthy and the undersigned attorney anticipates being unable to start work on the instant case until the last week of May. Furthermore, the record in the instant case is also lengthy, well over 1,000 pages long.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that the time for the filing of the Appellant's brief be extended until June 17, 2015.

Respectfully submitted,

Lynn Richardson
Chief Public Defender
Dallas County

/s/ Kathleen A. Walsh
Kathleen A. Walsh
Assistant Public Defender
State Bar No. 20802200
133 N. Riverfront Blvd., LB-2
Dallas, TX.  75207-4399
(214) 653-3550 (telephone)
(214) 653-3539 (fax)
kwalsh@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on the Appellate Division of the Dallas County District Attorney's office on the 26th day of March, 2015 by electronic transmission to DCDAAppeals@dallascounty.org.

/s/ Kathleen A. Walsh
Kathleen A. Walsh